UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**ANDREW B. FINBERG, ESQ.**
**LAW OFFICES OF ANDREW B. FINBERG, LLC**
525 Route 73 South, Ste. 200
Marlton, NJ 08053
(856)988-9055
**Attorney for Debtor(s)**

In Re:

**ERIK M. PABON**
  Debtor

Order Filed on October 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-20844

Adv. No.:

Hearing Date: 10/20/2020

Judge: ABA

### ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 20, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Debtor: Erik M. Pabon**
**Case No: 20-20844**
**Caption of Order:** Order Extending the Automatic Stay

---

Upon consideration of the Debtors' Motion for Order to Extend the Automatic Stay Pursuant to 11 U.S.C. §362(a) as to all creditors and good cause appearing therefore, it is hereby;

**ORDERED** that the automatic stay is extended, effective immediately.