| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**ANDREW B. FINBERG, ESQ.**<br>**LAW OFFICES OF ANDREW B. FINBERG, LLC**<br>**525 Route 73 South, Ste. 200**<br>**Marlton, NJ 08053**<br>**(856)988-9055**<br>**Attorney for Debtor(s)** | <br>**Order Filed on October 20, 2020**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
|---|---|
| In Re:<br><br>**ERIK M. PABON**<br>  Debtor | Case No.: 20-20844<br><br>Adv. No.:<br><br>Hearing Date: 10/20/2020<br><br>Judge: ABA |

### ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 20, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Debtor:** Erik M. Pabon
**Case No:** 20-20844
**Caption of Order:** Order Extending the Automatic Stay

---

Upon consideration of the Debtors' Motion for Order to Extend the Automatic Stay Pursuant to 11 U.S.C. §362(a) as to all creditors and good cause appearing therefore, it is hereby;

**ORDERED** that the automatic stay is extended, effective immediately.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-20844-ABA
Erik M Pabon  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 20, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2020:**

**Recip ID        Recipient Name and Address**
db        + Erik M Pabon, 325 Fairview Avenue, Hammonton, NJ 08037-1901

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2020        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:

**Name            Email Address**

Andrew B. Finberg
    on behalf of Debtor Erik M Pabon andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

U.S. Trustee

District/off: 0312-1     User: admin     Page 2 of 2
Date Rcvd: Oct 20, 2020     Form ID: pdf903     Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6