| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>CXE 19-026378<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq. 023211995<br>ATTORNEYS FOR NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER | Order Filed on November 13, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>ERIK M PABON, DEBTOR | CASE NO.: 20-20844-ABA<br><br>HEARING DATE: DECEMBER 9, 2020<br><br>JUDGE: HONORABLE ANDREW B. ALTENBURG, JR. |

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 13, 2020**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Andrew B. Finberg, attorney for the Debtor(s) upon filing of a Chapter 13 Plan, and Nationstar Mortgage LLC d/b/a Mr. Cooper, hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and the parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 325 Fairview Avenue, Hammonton, NJ 08037.

2. At the time of filing, Debtor(s) owed Secured Creditor a pre-petition arrearage of $12,351.71; as evidenced in Secured Creditor's Proof of Claim 16-1, filed on October 20, 2020.

3. Debtor(s) agrees to incorporate this amount, $12,351.71, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned default.

4. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on October 2, 2020; ECF Doc.:15.

5. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan; ECF Doc.:2.


We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC


/s/Elizabeth L. Wassall                                      Date:  11-13-2020
_____
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

_____                             Date:  11/13/2020
Andrew B. Finberg, Esquire
Attorney for the Debtor

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-20844-ABA |
| Erik M Pabon | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 13, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

**Recip ID     Recipient Name and Address**
db     + Erik M Pabon, 325 Fairview Avenue, Hammonton, NJ 08037-1901

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2020            Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:**

**Name                Email Address**

Andrew B. Finberg
  on behalf of Debtor Erik M Pabon andy@sjbankruptcylaw.com   abfecf@gmail.com;finbergar39848@notify.bestcase.com

Denise E. Carlon
  on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com   bkgroup@kmllawgroup.com

Elizabeth L. Wassall
  on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com   njbankruptcynotifications@logs.com

Gavin Stewart
  on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Isabel C. Balboa
  ecfmail@standingtrustee.com   summarymail@standingtrustee.com

U.S. Trustee

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 13, 2020 | Form ID: pdf903 | Total Noticed: 1 |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6