UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CXE 19-026378
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR Nationstar Mortgage LLC dba Mr. Cooper

In Re:

Erik M. Pabon, DEBTOR

Case No.: 20-20844
Adv. Pro. No.: 
Chapter: 13
Hearing Date: 5-18-2021
Judge: ABA

## ADJOURNMENT REQUEST

1. I, Elizabeth L. Wassall, Esq.,

   ☒ am the attorney for: Secured Creditor,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Relief ECF: 34

   Current hearing date and time: 5-18-2021 at 10:00 am

   New date requested: 6-8-2021 at 10:00 am

   Reason for adjournment request: To see if a consent order is possible.

2. Consent to adjournment:

   ☐ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):
   ** I have reached out to DA Finberg but have not yet heard back.

I certify under penalty of perjury that the foregoing is true.

Date: 5-13-2021                                          /s/Elizabeth L. Wassall
                                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

[x] Granted            New hearing date: 6/8/21 at 10            [ ] Peremptory

[ ] Granted over objection(s)   New hearing date: _____    [ ] Peremptory

[ ] Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2