```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CXE 19-026378
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC
D/B/A MR. COOPER
```



Order Filed on June 7, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ERIK M. PABON,
                DEBTOR

Case No.: 20-20844-ABA

Judge: HONORABLE ANDREW B. ALTENBURG, JR.

Chapter: 13

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: June 7, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter being opened to the Court by LOGS Legal Group LLP, Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper, hereinafter "Secured Creditor", upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtor to make post-petition payments on a mortgage obligation, and due notice of said Motion and the supporting Certification having been given to the Trustee, the Debtor and the attorney for the Debtor, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtor is currently delinquent in post-petition payments for the months of February 1, 2021 through May 1, 2021 for a total of $5,670.08, minus a suspense balance of $1,371.08, for a total delinquency amount of $4,299.00 due to Secured Creditor.

2. To cure the delinquency of $4,299.00 outlined in Paragraph one (1) above, Debtor shall remit monthly cure payments of $716.50 for the months of June 1, 2021 through and including November 1, 2021, directly to Secured Creditor.

3. Starting June 1, 2021, Debtor shall also maintain all monthly contractually due payments, which currently amount to $1,417.52.

4. If the Debtor fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order. If the default is not cured within ten (10) days of such notice, Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor's failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor's Counsel and Debtor as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall                                 Date: 6-4-2021
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

*[signature]*                                           Date: 6/4/2021
Andrew B. Finberg, Esquire
Attorney for the Debtor