Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−20844−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Erik M Pabon
   325 Fairview Avenue
   Hammonton, NJ 08037

Social Security No.:
   xxx−xx−7391

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 8,
2021.

Dated: September 8, 2021
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-20844-ABA |
| Erik M Pabon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 08, 2021 | Form ID: plncf13 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erik M Pabon, 325 Fairview Avenue, Hammonton, NJ 08037-1901 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518964399 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 518964400 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518964406 | + | I.C. System, Inc., 444 Highway 96 East, Po Box 64378, St. Paul, MN 55164-0378 |
| 518986719 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518964411 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518993698 | | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attn: Bankruptcy Department, PO Box 6190, Dallas, TX 75261-9741 |
| 518993701 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attn: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 518964415 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695 |
| 518964413 | + | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 518974819 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518964414 | + | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518964417 | + | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 08 2021 20:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 08 2021 20:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518970117 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 08 2021 20:20:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519000925 | | Email/Text: bnc@atlasacq.com | Sep 08 2021 20:20:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 519013525 | | Email/Text: ally@ebn.phinsolutions.com | Sep 08 2021 20:20:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518964397 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 08 2021 20:20:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 518964398 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 08 2021 20:20:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518964401 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 08 2021 20:36:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518964403 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2021 20:36:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518992883 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

District/off: 0312-1                                        User: admin                                              Page 2 of 3
Date Rcvd: Sep 08, 2021                                    Form ID: plncf13                                         Total Noticed: 46

|  |  | Sep 08 2021 20:36:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518964404 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2021 20:20:00 | Comenity Bank/PacSun, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518964405 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2021 20:36:13 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518964407 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 08 2021 20:20:00 | Internal Revenue Service, Department of the Treasury, P.O. Box 9019, Holtsville, NY 11742-9019 |
| 518964402 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 08 2021 20:35:58 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518964408 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 08 2021 20:20:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518978889 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 08 2021 20:36:05 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518964409 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 08 2021 20:36:04 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518979784 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2021 20:20:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518964410 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2021 20:20:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 518975620 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2021 20:20:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518964412 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2021 20:36:11 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519036816 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2021 20:36:05 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 519023723 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2021 20:36:11 | Portfolio Recovery Associates, LLC, c/o Boscov's, POB 41067, Norfolk VA 23541 |
| 519023728 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2021 20:36:11 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519023449 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2021 20:36:05 | Portfolio Recovery Associates, LLC, c/o Comenity Capital Bank, POB 41067, Norfolk VA 23541 |
| 519023890 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2021 20:36:11 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 519023436 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2021 20:36:05 | Portfolio Recovery Associates, LLC, c/o Pacific Sunwear, POB 41067, Norfolk VA 23541 |
| 519023439 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2021 20:35:59 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519023744 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2021 20:36:11 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 519023452 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2021 20:36:05 | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 518964416 | + Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 20:36:10 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518965166 | + Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 20:35:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 32

District/off: 0312-1                             User: admin                                      Page 3 of 3
Date Rcvd: Sep 08, 2021                          Form ID: plncf13                                 Total Noticed: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519025696 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519029266 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 518979785 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519023880 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2021                               Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B. Finberg | on behalf of Debtor Erik M Pabon andy@sjbankruptcylaw.com  abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joni L. Gray | on behalf of Debtor Erik M Pabon joni@sjbankruptcylaw.com  jgrayecf@gmail.com;grayjr39848@notify.bestcase.com |
| Kathleen M Magoon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER kmagoon@logs.com kathleenmagoon@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8