| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>CXE 19-026378<br><br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq. 023211995<br>ATTORNEYS FOR NATIONSTAR MORTGAGE LLC<br>D/B/A MR. COOPER |

| | |
|---|---|
| In Re: | Case No.: 20-20844-ABA |
| ERIK M. PABON,<br>                    DEBTOR | Judge: HONORABLE ANDREW B. ALTENBURG, JR.<br><br>Chapter: 13 |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled         ☒ Withdrawn

Matter: Notice of Postpetition Mortgage Fees, Expenses, and Charges filed September 3, 2021, under Claim No. 16

Date:   5-17-2022                                  */s/Elizabeth L. Wassall*
                                                              Signature

*rev.8/1/15*