UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CXE 19-026378

LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC
D/B/A MR. COOPER

| | |
|---|---|
| In Re: | Case No.: 20-20844-ABA |
| ERIK M. PABON,<br><br>            DEBTOR | Judge: HONORABLE ANDREW B. ALTENBURG, JR.<br><br>Chapter: 13 |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified

below has been:

☐ Settled                    ☒ Withdrawn

Matter: Notice of Postpetition Mortgage Fees, Expenses, and Charges filed December 28, 2020
under Claim No. 16

Date:    5-17-2022                              */s/Elizabeth L. Wassall*
                                                   Signature

*rev.8/1/15*