UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

ANDREW B. FINBERG, ESQ.
Law Office of Andrew B. Finberg, LLC
525 Route 73 South, Ste. 200
Marlton, NJ 08053
(856)988-9055
Attorney for Debtor(s)

Order Filed on May 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**ERIK M PABON**
  Debtor

Case No.: 20-20844

Adv. No.:

Hearing Date: 3/13/2019

Judge: Andrew B. Altenburg, Jr.

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED ON BEHALF OF THE UNITED STATES OF AMERICA**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: May 24, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 2
**Debtor: Eric pabon**
**Case No: 20-20844**
**Caption of Order:**   Consent Order Resolving Objection to Confirmation of Chapter 13 Plan

THIS MATTER coming before the Court upon the Debtor, by and through their attorneys, Law Offices of Andrew B. Finberg, LLC, filing of a Chapter 13 Plan, and The United States of America (Internal Revenue Service) by and through its attorney, Eamonn O'Hagan, Assistant U.S. Attorney, having objected, and the parties having conferred and reached an amicable resolution:

**IT IS HEREBY ORDERED** as follows:

1. Amend Proof of Clam #7 filed on December 29, 2022, in the amount of $22,915.12 stands.

2. $17,042.00 representing an erroneous refund for tax period 12/31/2017 shall be paid by the debtor, outside of the Chapter 13 plan, directly to the Internal Revenue Service at the following address:

    a. 955 S Springfield Ave, Bldg A
       Springfield, NJ 07081

3. The remainder of Proof of Claim #7 shall be paid through the debtor's Chapter 13 plan.

I hereby consent to form and entry of this Order.

LAW OFFICE OF ANDREW B. FINBERG, LLC
Attorneys for Debtors
/s/ Andrew B. Finberg
By: Andrew B. Finberg, Esquire

Dated: May 21, 2023

UNITED STATES ATTORNEY'S OFFICE
Philip R. Sellinger
United States Attorney

By: Eamonn O'Hagan, Esquire
    Assistant U.S. Attorney

Dated: May 21, 2023