| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**ANDREW B. FINBERG, ESQ.**<br>**Law Office of Andrew B. Finberg, LLC**<br>**525 Route 73 South, Ste. 200**<br>**Marlton, NJ 08053**<br>**(856)988-9055**<br>**Attorney for Debtor(s)** |
|---|



Order Filed on May 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**ERIK M PABON**
   Debtor

Case No.: 20-20844

Adv. No.:

Hearing Date: 3/13/2019

Judge: Andrew B. Altenburg, Jr.

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED ON BEHALF OF THE UNITED STATES OF AMERICA**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: May 24, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 2
**Debtor: Eric pabon**
**Case No: 20-20844**
**Caption of Order:**    Consent Order Resolving Objection to Confirmation of Chapter 13 Plan

THIS MATTER coming before the Court upon the Debtor, by and through their attorneys, Law Offices of Andrew B. Finberg, LLC, filing of a Chapter 13 Plan, and The United States of America (Internal Revenue Service) by and through its attorney, Eamonn O'Hagan, Assistant U.S. Attorney, having objected, and the parties having conferred and reached an amicable resolution:

**IT IS HEREBY ORDERED** as follows:

1. Amend Proof of Clam #7 filed on December 29, 2022, in the amount of $22,915.12 stands.

2. $17,042.00 representing an erroneous refund for tax period 12/31/2017 shall be paid by the debtor, outside of the Chapter 13 plan, directly to the Internal Revenue Service at the following address:

    a. 955 S Springfield Ave, Bldg A
       Springfield, NJ 07081

3. The remainder of Proof of Claim #7 shall be paid through the debtor's Chapter 13 plan.

I hereby consent to form and entry of this Order.

LAW OFFICE OF ANDREW B. FINBERG, LLC
Attorneys for Debtors
/s/ Andrew B. Finberg
By: Andrew B. Finberg, Esquire

Dated: May 21, 2023


UNITED STATES ATTORNEY'S OFFICE
Philip R. Sellinger
United States Attorney

By: Eamonn O'Hagan, Esquire
    Assistant U.S. Attorney

Dated: May 21, 2023

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-20844-ABA

Erik M Pabon  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2
Date Rcvd: May 24, 2023    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Erik M Pabon, 325 Fairview Avenue, Hammonton, NJ 08037-1901 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B. Finberg | on behalf of Debtor Erik M Pabon andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joni L. Gray | on behalf of Debtor Erik M Pabon joni@sjbankruptcylaw.com jgrayecf@gmail.com;grayjr39848@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: May 24, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Kathleen M Magoon
        on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com kathleenmagoon@gmail.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8