Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−20844−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Erik M Pabon
   325 Fairview Avenue
   Hammonton, NJ 08037

Social Security No.:
   xxx−xx−7391

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:        9/14/23
Time:          02:00 PM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Andrew B. Finberg, Debtor's Attorney, period: 6/23/2021 to 8/1/2023.

COMMISSION OR FEES
fee: $2,250.00.

EXPENSES
$0.00.

If this is a chapter 13 case, the fees and expenses awarded:

☑        will not reduce the amount to be paid to general unsecured
          creditors under the plan.

☐        will reduce the amount to be paid to general unsecured
          creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 2, 2023
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 20-20844-ABA

Erik M Pabon                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                          Page 1 of 4

Date Rcvd: Aug 02, 2023                    Form ID: 137                    Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erik M Pabon, 325 Fairview Avenue, Hammonton, NJ 08037-1901 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518993698 | | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attn: Bankruptcy Department, PO Box 6190, Dallas, TX 75261-9741 |
| 518964415 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 02 2023 23:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 02 2023 23:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518970117 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 02 2023 23:54:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519000925 | | Email/Text: bnc@atlasacq.com | Aug 02 2023 23:53:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 519013525 | | Email/Text: ally@ebn.phinsolutions.com | Aug 02 2023 23:53:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518964397 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 02 2023 23:53:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 518964398 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 02 2023 23:54:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518964399 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 02 2023 23:53:00 | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 518964400 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 02 2023 23:54:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518964401 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 03 2023 00:02:28 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518964403 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2023 00:02:26 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518992883 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2023 00:02:42 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518964404 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 02 2023 23:54:00 | Comenity Bank/PacSun, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518964405 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2023 00:02:39 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |

District/off: 0312-1                                    User: admin                                    Page 2 of 4
Date Rcvd: Aug 02, 2023                                Form ID: 137                                 Total Noticed: 48

| | | | |
|---|---|---|---|
| 518964406 | + Email/Text: Bankruptcy@ICSystem.com | Aug 02 2023 23:53:00 | I.C. System, Inc., 444 Highway 96 East, Po Box 64378, St. Paul, MN 55164-0378 |
| 518964407 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 02 2023 23:54:00 | Internal Revenue Service, Department of the Treasury, P.O. Box 9019, Holtsville, NY 11742-9019 |
| 518964402 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 03 2023 00:02:33 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518986719 | + Email/Text: RASEBN@raslg.com | Aug 02 2023 23:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518964408 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 02 2023 23:53:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518978889 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 02 2023 23:51:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518964409 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 03 2023 00:02:22 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518979784 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 02 2023 23:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518964410 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 02 2023 23:54:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 518975620 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 02 2023 23:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518964411 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 02 2023 23:53:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518993701 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 02 2023 23:53:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attn: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 518964412 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 02 2023 23:52:09 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519036816 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2023 00:02:44 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 519023723 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2023 00:02:41 | Portfolio Recovery Associates, LLC, c/o Boscov's, POB 41067, Norfolk VA 23541 |
| 519023728 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 02 2023 23:52:05 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519023449 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2023 00:02:44 | Portfolio Recovery Associates, LLC, c/o Comenity Capital Bank, POB 41067, Norfolk VA 23541 |
| 519023890 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2023 00:02:33 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 519023436 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 02 2023 23:51:13 | Portfolio Recovery Associates, LLC, c/o Pacific Sunwear, POB 41067, Norfolk VA 23541 |
| 519023439 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2023 00:02:39 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519023744 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2023 00:02:44 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 519023452 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2023 00:14:21 | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 518964413 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 02 2023 23:54:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |

District/off: 0312-1        User: admin        Page 3 of 4

Date Rcvd: Aug 02, 2023        Form ID: 137        Total Noticed: 48

| | | |
|---|---|---|
| 519626149 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | |
| | Aug 02 2023 23:53:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 518974819 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | |
| | Aug 02 2023 23:53:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 519626148 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | |
| | Aug 02 2023 23:53:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 518964414 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | |
| | Aug 02 2023 23:53:00 | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518964416 | + Email/PDF: gecsedi@recoverycorp.com | |
| | Aug 02 2023 23:51:56 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518965166 | + Email/PDF: gecsedi@recoverycorp.com | |
| | Aug 03 2023 00:02:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518964417 | + Email/Text: bncmail@w-legal.com | |
| | Aug 02 2023 23:54:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519729632 | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 519025696 | \*+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519029266 | \*P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 518979785 | \*+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519023880 | \*P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2023        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B. Finberg | |

District/off: 0312-1                          User: admin                                    Page 4 of 4

Date Rcvd: Aug 02, 2023                       Form ID: 137                                    Total Noticed: 48

on behalf of Debtor Erik M Pabon andy@sjbankruptcylaw.com  abfecf@gmail.com;finbergar39848@notify.bestcase.com

Denise E. Carlon

on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com
njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall

on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com

Gavin Stewart

on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Isabel C. Balboa

ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Joni L. Gray

on behalf of Debtor Erik M Pabon joni@sjbankruptcylaw.com  jgrayecf@gmail.com;grayjr39848@notify.bestcase.com

Kathleen M Magoon

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com  kathleenmagoon@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9