UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X

IN RE:                                          CASE NO.: 20-20844
Erik M Pabon
Debtor                                          CHAPTER 13

                                                Judge:  Andrew B. Altenburg Jr.


-----------------------------------------------------------X

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of Nationstar Mortgage LLC as Servicer for Nationstar Mortgage LLC, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> **FRIEDMAN VARTOLO LLP**
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> Attorneys for Nationstar Mortgage LLC as Servicer for
> Nationstar Mortgage LLC
> Bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: June 4, 2024

By: /s/ Jason Schwartz
Jason Schwartz, Esq.
**Friedman Vartolo LLP**
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for Nationstar Mortgage LLC as Servicer for
Nationstar Mortgage LLC
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURTDISTRICT
OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jason Schwartz, Esq.
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for Nationstar Mortgage LLC as Servicer for
Nationstar Mortgage LLC
T: (212) 471-5100
F: (212) 471-5150

In Re:
Erik M Pabon
Debtor

Case No.: 20-20844

Chapter: 13

Adv. No.:

Hearing Date:

Hon. Judge: Andrew B. Altenburg Jr.

## CERTIFICATION OF SERVICE

1.  I, <u>Daniel Dalrymple</u>:

☐ represent _____ in this matter.

☒ am the secretary/paralegal for <u>Jason Schwartz, Esq.</u>, who represents
<u>Nationstar Mortgage LLC</u> in this matter.

2.  On <u>June 4, 2024,</u> I sent a copy of the following pleadings and/or documents to the parties listed in
the chart below.

- Notice of Appearance (NJ)

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date: June 4, 2024

/s/ Daniel Dalrymple_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Erik M Pabon<br>325 Fairview Avenue<br>Hammonton, NJ 08037 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____ (as authorized by the court *) |
| | Co-Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____ (as authorized by the court *) |
| Andrew B Finberg<br>525 Route 73 South, Suite 200<br>Marlton, NJ 08053 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____ (as authorized by the court *) |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650-4853 | Bankruptcy Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>Other_____ (as authorized by the court *) |

| U.S. Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒  Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒  Notice of Electronic Filing (NEF)<br>☐ Other      (as authorized by<br>   the court *) |
|---|---|---|