Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

**Order Filed on February 26, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>Erik M Pabon,<br><br><br><br>Debtor. | Chapter 13<br><br>Case No. 20-20844-ABA<br><br>Hearing Date: March 4, 2025 at 10:00 a.m.<br><br>Judge: Andrew B. Altenburg Jr |
|---|---|

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: February 26, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

| | |
|---|---|
| Debtor: | Erik M Pabon |
| Case No.: | 20-20844-ABA |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay and Co-Debtor Stay (the "Motion") filed by NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicer for Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-1 ("Secured Creditor"), and Erik M Pabon ("Debtor") having filed opposition thereto, with respect to Secured Creditor's lien on Debtor's real property commonly known as 327A Fairview Avenue, Hammonton, NJ 08037, ("Property"), and the parties having consented to the entry of the within Order, and for good cause shown, it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtor is now post-petition current and is due for the March 1, 2025 post-petition monthly payment in the amount of $1,825.42.
2. Debtor shall resume post-petition payments to be paid timely and in full with the March 1, 2025 payment.
3. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 327A Fairview Avenue, Hammonton, NJ 08037.
4. Debtor shall pay attorney fees and costs for the motion for relief in the amount of $699.00 to be paid as an administrative claim through the plan.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Page 3

Debtor:              Erik M Pabon
Case No.:            20-20844-ABA
Caption of Order:    **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

---

Consent to Form and Entry

| | |
|---|---|
| McCalla Raymer Leibert Pierce, LLP<br>Attorney for the Secured Creditor | Law Offices of Kevin Fayette, LLC<br>Attorney for the Debtor |
| By: /s/ Laura Egerman<br>     Laura Egerman | By: _____<br>     Kevin C. Fayette |
| Date: 02/26/2025 | Date: 2/25/25 |