Certificate Number: 17572-NJ-DE-040200389

Bankruptcy Case Number: 20-20844



17572-NJ-DE-040200389

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on October 14, 2025, at 3:06 o'clock PM PDT, Erik M Pabon completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   October 15, 2025                    By:     /s/Kelly Faulks

                                            Name:   Kelly Faulks

                                            Title:  Counselor